1
 Kevin Appleby, Jaime R. Jensen, Corbin Clement, Mischa Fisher, Dru A. Flowers, Lanston Nkenglefac Tanyi, Rachel Nicolette Hudspeth, Quan Le, Quoc Le, Graham Ross Marsden, Sarah Kerr Marsden, and Overton Spence, Petitioners v. Dossey Sudik Structural Engineers LLC, a Colorado limited liability company. Respondent No. 24SC40
Supreme Court of Colorado, En Banc
August 19, 2024
 
           Court
 of Appeals Case No. 23CA8
 
 
 
          Petition
 for Writ of Certiorari DENIED.